FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2011 SEP 28  PM 4: 47

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 2:11-cr-92 -FtM- 29 DNF |
| v. | : |
| | : 18 U.S.C. § 922(g)(1); § 924(a)(2) |
| ALBERT MICHAEL MOORE | : |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about August 31, 2011, at Cape Coral, in Lee County, in the Middle District of Florida,

ALBERT MICHAEL MOORE,

defendant herein, then being a person convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

(a) **Home Invasion Robbery**, in violation of Florida Statutes, Section 812.135, two counts of **False Imprisonment**, in violation of Florida Statutes, Section 787.02, **Aggravated Assault with a Deadly Weapon**, in violation of Florida Statutes, Section 784.021, and **Burglary of a Dwelling**, in violation of Florida Statutes, Section 810.02, crimes punishable by imprisonment for a term exceeding one year, in the Circuit Court, 20th Judicial Circuit, in and for Lee County, Florida, in *State of Florida v. Albert M. Moore*, Case No. 98000742CF, on February 14, 2003;

(b) **Dealing/Trafficking in Stolen Property**, in violation of Florida Statutes, Section 812.019(1), a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court, 20th Judicial Circuit, in and for

Lee County, Florida, in *State of Florida v. Albert Michael Moore*, Case No. 04-CF-015888, on March 18, 2005; and

(c) **Grand Theft of Motor Vehicle**, in violation of Florida Statutes, Section 812.014, and **Fleeing or Eluding a Police Officer at High Speed or with Wanton Disregard**, in violation of Florida Statutes, Section 316.1935(3)(a), crimes punishable by imprisonment for a term exceeding one year, in the Circuit Court, 20th Judicial Circuit, in and for Charlotte County, Florida, in *State of Florida v. Albert Michael Moore*, Case No. 07001597F, on February 13, 2009,

did knowingly possess in and affecting commerce a firearm, namely, a Charles Daly, 12 Gauge, Semi-Automatic Shotgun, Serial # 5102527, a Maverick by Mossberg, Model 88, 12 Gauge, Pump-Action Shotgun, Serial # MV75658K, a CN Romarm SA/Cugir, Model GP WASR-10, 7.62 x 39mm, Semi-Automatic Rifle, Serial # IH-3357-78, a Maverick by Mossberg, 12 Gauge, Pump-Action Shotgun, Serial # MV48337R, a Marlin, .22 W.M.R., Bolt Action Rifle, Serial # 99381042, an O.F. Mossberg & Sons, Model 352 K, .22, Semi-Automatic Rifle, no visible serial number, a Marlin, Model 336W, .30-30, Lever Action Rifle, Serial # 91079562, a Moisin Nagant, Model 44, 7.62 x 54, Semi-Automatic Rifle, Serial # SN-44-1250, a Mossberg, .410, Pump Action Shotgun, Serial # R686002, and a Ruger, Model 10-22, .22LR, Semi-Automatic Rifle, Serial # 256-92237.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURES

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the

provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461.

From his engagement in the violation alleged in Count One of this Indictment, defendant, ALBERT MICHAEL MOORE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, all of his right, title and interest in:

> Any firearm and ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), to include a Charles Daly, 12 Gauge, Semi-Automatic Shotgun, Serial # 5102527, a Maverick by Mossberg, Model 88, 12 Gauge, Pump-Action Shotgun, Serial # MV75658K, a CN Romarm SA/Cugir, Model GP WASR-10, 7.62 x 39mm, Semi-Automatic Rifle, Serial # IH-3357-78, a Maverick by Mossberg, 12 Gauge, Pump-Action Shotgun, Serial # MV48337R, a Marlin, .22 W.M.R., Bolt Action Rifle, Serial # 99381042, an O.F. Mossberg & Sons, Model 352 K, .22, Semi-Automatic Rifle, no visible serial number, a Marlin, Model 336W, .30-30, Lever Action Rifle, Serial # 91079562, a Moisin Nagant, Model 44, 7.62 x 54, Semi-Automatic Rifle, Serial # SN-44-1250, a Mossberg, .410, Pump Action Shotgun, Serial # R686002, and a Ruger, Model 10-22, .22LR, Semi-Automatic Rifle, Serial # 256-92237.

A TRUE BILL.

_/s/ Arthur Stewart III_
FOREPERSON

Date: 9/28/11

ROBERT E. O'NEILL
United States Attorney

BY: _/s/ Jeffrey F. Michelland_
JEFFREY F. MICHELLAND
Assistant United States Attorney
Trial Counsel

BY: _/s/ Yolande J. Viacava_
YOLANDE G. VIACAVA
Assistant United States Attorney

BY: _/s/ Nicole H. Waid_
NICOLE H. WAID
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

ALBERT MICHAEL MOORE

## INDICTMENT

Violations:

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 28th day

of September, 2011.

_____
Clerk

Bail $ _____

GPO 863 525

N:\_Criminal Cases\M\Moore, Albert Michael_2011R02431_JFMf_indictment back.frm