FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2012 JAN 19 PM 3: 53

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA :
:
v. : CASE NO. 2:11-CR-92-FtM-29DNF
:
ALBERT MICHAEL MOORE :

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL; and

CHARLOTTE COUNTY JAIL

It appearing from the petition of the United States of America that the defendant in the above case, ALBERT MICHAEL MOORE, is confined at the Charlotte County Jail in Port Charlotte, Florida, and that this case is set FORTHWITH as to said defendant, and that it is necessary for the said defendant to be before this Court for Initial Appearance.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Albert Michael Moore now detained in custody as aforesaid, under safe and secure conduct, before this Court FORTHWITH, on criminal charges pending against him in this cause, and upon completion of all further proceedings in this case that you return him with all convenient speed, under safe and secure conduct to the custody of Charlotte County Jail.

And this is to command you, Charlotte County Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the

body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

DONE AND ORDERED at Fort Myers, Florida, this 19th day of January, 2012.

DOUGLAS N. FRAZIER
United States Magistrate Judge