UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No.  -2:11-cr-92-FtM-29DNF

ALBERT MICHAEL MOORE

_____

**ORDER APPOINTING COUNSEL PURSUANT TO
THE CRIMINAL JUSTICE ACT**

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

**APPOINTMENT OF COUNSEL**

• The Federal Public Defender is appointed as counsel for the Defendant.

**TYPE OF APPOINTMENT**

• Through trial and notice of appeal

**DONE** and **ORDERED** in Fort Myers, Florida this   25th    day of January, 2012.

_SHERI POLSTER CHAPPELL_
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record