# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                        Case No.  2:11-cr-92-FtM-29DNF

ALBERT MICHAEL MOORE

_____

## ORDER OF DETENTION PENDING TRIAL
### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held.

The Court considered the Pretrial Services Report, the proffers and arguments of counsel, the nature

and circumstances of the offense and the weight of evidence against the Defendant.  The following

facts and circumstances require the Defendant to be detained pending trial.

The Defendant makes no application for release at this time.  A motion for conditions
of release and a detention hearing may be filed at a later date.

Therefore it is **ORDERED** that the Defendant is detained without prejudice pending trial.

**DONE** and **ORDERED** this  _25th_  day of January, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

### DIRECTIONS REGARDING DETENTION

**ALBERT MICHAEL MOORE** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **ALBERT MICHAEL MOORE**  shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Copies: U.S. Marshal