# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:11-cr-92-FtM-29DNF

ALBERT MICHAEL MOORE
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Albert Michael Moore , in the above-styled cause.

The Clerk is requested to enter the appearance of James Lappan, Assistant Federal Defender, as counsel for the Defendant pursuant to this appointment.

                              DONNA LEE ELM
                              FEDERAL DEFENDER

                              By:/s/James Lappan
                                 James Lappan
                                 Florida Bar No. 160792
                                 Assistant Federal Defender
                                 1514 Broadway, Suite 301
                                 Ft. Myers, Florida 33901
                                 Telephone: 239-334-0397
                                 Fax: 239-334-4109
                                 E-Mail: jim_lappan@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of January 2012, the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to Jeffrey Michelland, Assistant United States Attorney, 2110 First Street, Fort Myers, FL 33901.

/s/ James Lappan
James Lappan
Assistant Federal Defender