# United States District Court

MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

ALBERT MICHAEL MOORE

WARRANT FOR ARREST

CASE NUMBER: 2:11-CR-92-FtM-29DNF

FILED
2011 SEP 28 PM 4:47
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ALBERT MICHAEL MOORE and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with Possession of a Firearm by a Convicted Felon

In violation of Title 18, United States Code, Section(s) 922(g)(1) and 924(a)(2).

2011 SEP 29 AM 8:31
U.S. DIST. OF FLORIDA
FT MYERS

RECEIVED
U.S. MARSHAL

| Sheryl L. Loesch | Clerk, United States District Court |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |

Signature of Issuing Officer
Kimberly M Arnett
(By) Deputy Clerk

9/28/2011   FT MYERS FL
Date and Location

2012 JAN 25 PM 2:00
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA
FILED

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-29-11 | ADAM WILKINS DUSM | /s/ |
| DATE OF ARREST | | |
| 1-24-12 | | |