# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 2:11-cr-92-FtM-29DNF

**ALBERT MOORE**

_____/

## MOTION TO WITHDRAW

The undersigned counsel for Defendant, Albert Moore, hereby moves to withdraw as counsel of record for Defendant, and states as follows:

1. The defendant's initial appearance in the matter took place on took place on January 25, 2012. The Court assigned the Federal Defender to represent Mr. Moore.

2. The defendant was detained by Order of the Court on January 25, 2012.

3. The defendant was arraigned on January 25, 2012, and entered a plea of not guilty.

4. Undersigned counsel has learned of a clear conflict-of-interest with another individual represented by the Federal Defender that ethically prohibits undersigned counsel from continuing to represent Mr. Moore.

5.    In light of the above, it is now necessary for the Federal Defender to move to withdraw as counsel in this matter.

WHEREFORE, the undersigned counsel and the Office of the Federal Defender moves this Court for leave to withdraw as counsel for the defendant.

DONNA LEE ELM
FEDERAL DEFENDER

Respectfully submitted,

/s/ James Lappan
James Lappan
Florida Bar No. 0160792
Assistant Federal Defender
1514 Broadway
Fort Myers, Florida 33901
Telephone: 239-334-0397
Fax: 239-334-4109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February 2012, a true copy of the foregoing was electronically filed and served electronically to Jeffrey Michelland, Office of the United States Attorney, 2110 First Street, Fort Myers, Florida.

/s/ James Lappan
James Lappan
Assistant Federal Defender